January 27, 2006

Mr. Michael Byrd
Jackson Walker, LLP
901 Main Street, Suite 6000
Dallas, TX 75202

Ms. Mary A. Keeney
Graves Dougherty Hearon & Moody, P.C.
401 Congress Avenue, Suite 2200
Austin, TX 78701-3587
Mr. Robert J. Hearon Jr.
Graves Dougherty Hearon & Moody, PC
401 Congress, Suite 2200
Austin, TX 78701

Ms. Elizabeth R. B. Sterling
Office of the Attorney General
P. O. Box 12548
Austin, TX 78711-2548

RE: Case Number: 03-0789
 Court of Appeals Number: 03-02-00602-CV
 Trial Court Number: GN1-00469

Style: AT&T COMMUNICATIONS OF TEXAS, L.P.
 v.
 SOUTHWESTERN BELL TELEPHONE COMPANY AND SOUTHWESTERN BELL
 COMMUNICATIONS SERVICES, INC. D/B/A SOUTHWESTERN BELL LONG DISTANCE

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced causes.

 Sincerely,
 [pic]
 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Amalia |
| |Rodriguez-Mendoza |
| |Ms. Diane O'Neal |
| |Honorable Suzanne |
| |Covington |